# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ALLEN TANKERSLEY AND CLEAR PATH UTILITY SOLUTIONS,<br><br>            Plaintiffs,<br><br>    vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive,<br><br>            Defendant. | Case No. 2:25-CV-00464-DC-CKD<br><br>Chief United States Magistrate Judge Carolyn K. Delaney<br><br>**ORDER GRANTING FIRST JOINT STIPULATION TO CONTINUE PRE TRIAL DEADLINES**<br><br>Case Removed: February 5, 2025 |

## Order

The Court, having considered the First Joint Stipulation to Continue Pretrial Deadlines ("Stipulation"), filed by the Parties, and upon finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

///

The following deadlines are hereby vacated:

Non-Expert Discovery Completion Deadline **March 20, 2026**

Expert disclosures (initial) **April 7, 2026**

Expert designation (rebuttal) **April 21, 2026**

Expert Discovery Completion Deadline **May 29, 2026**

The following deadlines are adopted:

Non-Expert Discovery Completion Deadline **May 1, 2026**

Expert disclosures (initial) **May 22, 2026**

Expert designation (rebuttal) **June 5, 2026**

Expert Discovery Completion Deadline **July 13, 2026**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  March 23, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2